IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03344-MSK-BNB

RAUL PERMUY CALDERON,

Plaintiff,

v.

TIMOTHY HAND,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  IT IS ORDERED that the plaintiff's **Motion for Excusable Late Filing Response to Defendant's Motion for Summary Judgment** [Doc. #44] is DENIED AS MOOT.  The plaintiff subsequently filed an Amended Response to Defendant's Motion for Summary Judgment [Doc. #46], which is the extant response.


DATED:  May 20, 2014